THOMAS MCNALLY, Appellant, *v.* GEORGIA-FLORIDA LUMBER COMPANY, Respondent.

*McNally* v. *Georgia-Florida Lumber Co.*, 146 App. Div. 456, affirmed.
(Argued January 29, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 6, 1911, affirming a judgment in

favor of defendant entered upon a decision of the court on trial at Special Term in an action to replevin certain stock deposited as collateral security to a note.

*Robert McCord* and *Nathan P. Bushnell* for appellant.

*Robert H. Wilson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur : WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN, HOGAN and MILLER, JJ.